Leon Silver (SBN: 012884)
Tony Salvatore (SBN: 033783)
**Gordon Rees Scully Mansukhani, LLP**
Two North Central Avenue Suite 2200
Phoenix, AZ 85004
Telephone: (602) 794-2490
Facsimile: (602) 265-4716
lsilver@grsm.com
tsalvatore@grsm.com
*Attorneys for Defendant IC System, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Pete Taylor,<br><br>Plaintiff,<br><br>vs.<br><br>IC System, Inc.; Experian,<br><br>Defendants. | **CASE NO.**<br>[AZ Superior Court Case No. CV202000500]<br><br>**NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441 (A) (FEDERAL QUESTION)**<br><br>[Filed concurrently with Notice of Lodgment of State Court Pleadings and Civil Case Cover Sheet]<br><br>Complaint filed: October 7, 2020 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant I.C. System, Inc. (hereinafter referred to as "Defendant") respectfully submits this Notice of Removal in this civil action from the Superior Court of Arizona in Cochise County to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§ 1441 and 1446, based on federal question jurisdiction. Specifically, Plaintiff Pete Taylor (hereinafter referred to as "Plaintiff") asserts a claim for damages against Defendant arising out of alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* ("FDCPA").

-1-

In support of this Notice of Removal, Defendant, through its counsel, states as follows:

**PROCEDURAL BACKGROUND**

1. Plaintiff commenced this action by filing a Complaint in the Superior Court of Arizona in Cochise County on October 7, 2020, styled *Pete Taylor v. I.C. System, Inc.,* Case No. CV2020000500 (the "State Court Action"). *See* Complaint, attached hereto as Ex. A.

2. The Complaint alleges violations the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq*. *See* Complaint, pp. 3, 4.

3. The Complaint was served on Defendant on October 7, 2020.

**BASIS FOR REMOVAL – FEDERAL QUESTION JURISDICTION**

4. Under 28 U.S.C. § 1441(a), any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where state court action is pending.

5. Further, 28 U.S.C. § 1441(b) provides that any civil action for which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties.

6. This Court has federal question jurisdiction over this action under the provisions of 28 U.S.C. § 1331, and the matter is removable pursuant to 28 U.S.C. § 1441 because the Complaint alleges that Defendant violated the FDCPA by its alleged actions taken to collect a debt from Plaintiff. *See* Complaint, ¶ 4-7 (page 2 statement of facts).

7. The Complaint also alleges that Defendant is a "debt collector" as defined by the FDCPA. *See* Complaint, ¶ 4, 7.

8. Accordingly, this action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(b).

9. The Complaint also alleges state law claims against Defendant, namely, that Defendant violated A.R.S. §§ 30-806, 44-1694–97. *See* Complaint, pp. 2-3 ("Applicable Law Supporting Claims" section.)

10. These allegations are based on the same set of operative facts that form the basis of Plaintiff's federal FDCPA claim, and this Court has supplemental jurisdiction over the state claims asserted in the Complaint pursuant to 28 U.S.C. § 1441(c).

**TIMELINESS OF REMOVAL**

11. As noted above, the Complaint was served on Defendant on October 9, 2020.

12. Defendant's Notice of Removal is timely because Defendant filed this Notice "within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3).

**VENUE**

13. Venue is proper in this district and division because the State Court Action was filed and is pending in the Superior Court of the State of Arizona for the County of Cochise, which is located within the United States District Court for the District of Arizona.

**COMPLIANCE WITH REMOVAL PROCEDURES**

14. Defendant has complied with all of the procedural requirements for removal set forth in 28 U.S.C. § 1446.

15. As noted above, the Notice of Removal is filed within 30 days of the service of the amended pleading from which it may first be ascertained that the case is one which is or has become removable.

16. Pursuant to § 1446(d), a copy of this Notice of Removal, including exhibits, is being served on Plaintiff.

17. Pursuant to § 1446(d), a copy of this Notice of Removal, including exhibits, will be filed with the Superior Court of the State of Arizona for the County of Los Cochise, in Case No. CV2020000500.

18. Copies of all process, pleadings and orders served on Defendant are attached hereto. *See* Notice of Lodgment of State Court Pleadings, filed concurrently herewith.

**WHEREFORE**, for the foregoing reasons, Defendant removes this action from the Superior Court of the State of Arizona for the County of Cochise to the United States District Court for the District of Arizona and respectfully requests that this Court exercise jurisdiction over this action.

Dated this Friday 09 November 2020.

GORDON REES SCULLY MANSUKHANI, LLP

By:  */s/ Tony Salvatore*
Tony Salvatore

Attorneys for Defendant
*IC SYSTEM, INC.*

# EXHIBIT A

Person Filing: **Pete Taylor**
Address (if not protected): **500 S Carmichael Ave**
City, State, Zip Code: **Sierra Vista, AZ 85635**
Telephone: **520-255-7164**
Email Address: **PETECLARE17@GMAIL.COM**
Lawyer's Bar Number: _____

Representing ☑ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

OCT -7 AM 10:55

# SUPERIOR COURT OF ARIZONA
# IN COCHISE COUNTY

**Pete Taylor**
Name of Plaintiff

Case Number: **CV202000500**

Title: **CIVIL COMPLAINT**

**IC System, inc   Experian**
Name of Defendant

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1. Cochise County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

    ☑ The value of this case exceeds $10,000 dollars.
    ☐ Replevin or other nonmonetary remedy will take place in Cochise County.
    ☑ The Plaintiff resides in Cochise County.
    ☐ The Defendant resides in Cochise County.
    ☐ The Defendant does business in Cochise County.
    ☐ The events, actions, or debts subject of this Complaint occurred in Cochise County.
    ☐ Other reason: _____

## PARTIES

2. The Plaintiff in this case is  Pete Taylor

3. The Defendant in this case is  I C System, inc , Experian

## STATEMENT OF FACTS AND BREACH

4. Try to recover Debt that is not in my Name
5. Reporting False and incorrect information to Credit Bureas
6. Refuses to remove or correct incorrect information on my Credit Report
7. Refuse to sent verification and validation letter of Debt to Consumer
8. 
9. 

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

(ARS) 30-806 Consumer Protection, rules Confidentiality, unlawful Pratice

(ARS) 44-1694 Correction of Credit reports

(ARS) 44-1695 Liability

(ARS) 44-1696 Unlawful acts, classification

(ARS) 44-1697 Fair Credit Reporting

( ) 15 USC 1692 E, F, J

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

( ) Harassment

( ) Damage Credit Report

( ) Credit Score decrease

( ) Collection on my Credit Report

( ) My character and Reputation

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

(1) Negligence - 2 million dollars

(2) Fraud - 1 million dollars

(  ) Violating - FDCPA - 500,000 dollars

(  ) Pain and Suffering - 3 million dollars

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

## DEMAND FOR JURY TRIAL (Optional)

☑ I request a jury trial, and wrote this in the "Title" below the words "Civil Complaint."

Dated this 10.7.2020
(Date of signature)

P. Taylor   P. Taylor
(Signature of Plaintiff or Plaintiff's Attorney)

**In the Superior Court of the State of Arizona**
**In and For the County of** _____

Case Number **CV202000500**

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Is Interpreter Needed? ☐ Yes ☒ No
If yes, what language: _____

2020 OCT -7 AM 10: 54

Plaintiff's Attorney _____

Attorney Bar Number _____

| Plaintiff's Name(s): (List all) | Plaintiff's Address: | Phone #: | Email Address: |
|---|---|---|---|
| Pete Taylor | 500 S Carmichael Ave | 520-255-7164 | PETECLARE17@... |

(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)   IC System, inc , Experian

(List additional defendants on page two and/or attach a separate sheet)

EMERGENCY ORDER SOUGHT:   ☐ Temporary Restraining Order   ☐ Provisional Remedy   ☐ OSC
☐ Election Challenge   ☐ Employer Sanction   ☒ Other _Punitive Damages_
(Specify)

☒ RULE 8(h) COMPLEX LITIGATION APPLIES. Rule 8(h) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties.

(Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category.)

☐ THIS CASE IS ELIGIBLE FOR THE COMMERCIAL COURT UNDER EXPERIMENTAL RULE 8.1. (Cochise County only.) Rule 8.1 defines a commercial case and establishes eligibility criteria for the commercial court. Generally, a commercial case primarily involves issues arising from a business contract or business transaction. However, consumer transactions are not eligible. A consumer transaction is one that is primarily for personal, family or household purposes. You must check this box if this is an eligible commercial case. **In addition, mark the appropriate box below in the "Nature of Action" case category**. The words "commercial court assignment requested" must appear in the caption of the original complaint.

## NATURE OF ACTION

(Place an "**X**" next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**

☐ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death

**110 TORT NON-MOTOR VEHICLE:**

☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☒ 113 Intentional Tort

☐ 114 Property Damage
☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☐ 117 Premises Liability
☒ 118 Slander/Libel/Defamation
☐ 116 Other (Specify) _____

**120 MEDICAL MALPRACTICE:**

☐ 121 Physician M.D.   ☐ 123 Hospital
☐ 122 Physician D.O    ☐ 124 Other

Revised 08/14/2017                    Page 1 of 2

Case No._____

## 130 CONTRACTS:

☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff
☐ 139 Fraud
☐ 134 Other Contract (i.e. Breach of Contract)
☐ 135 Excess Proceeds-Sale
☐ Construction Defects (Residential/Commercial)
  ☐ 136 Six to Nineteen Structures
  ☐ 137 Twenty or More Structures

## 150-199 OTHER CIVIL CASE TYPES:

☐ 156 Eminent Domain/Condemnation
☐ 151 Eviction Actions (Forcible and Special Detainers)
☐ 152 Change of Name
☐ 153 Transcript of Judgment
☐ 154 Foreign Judgment
☐ 158 Quiet Title
☐ 160 Forfeiture
☐ 175 Election Challenge
☐ 179 NCC-Employer Sanction Action
    (A.R.S. §23-212)
☐ 180 Injunction against Workplace Harassment
☐ 181 Injunction against Harassment
☐ 182 Civil Penalty
☐ 186 Water Rights (Not General Stream Adjudication)
☐ 187 Real Property
☐ Special Action against Lower Courts
   (See lower court appeal cover sheet in Cochise)

☐ 194 Immigration Enforcement Challenge
   (§§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

☐ Administrative Review
    (See lower court appeal cover sheet in Cochise)
☐ 150 Tax Appeal
    (All other tax matters must be filed in the AZ Tax Court)
☐ 155 Declaratory Judgment
☐ 157 Habeas Corpus
☐ 184 Landlord Tenant Dispute- Other
☐ 190 Declaration of Factual Innocence
    (A.R.S. §12-771)
☐ 191 Declaration of Factual Improper Party Status
☐ 193 Vulnerable Adult (A.R.S. §46-451)
☐ 165 Tribal Judgment
☐ 167 Structured Settlement (A.R.S. §12-2901)
☐ 169 Attorney Conservatorships (State Bar)
☐ 170 Unauthorized Practice of Law (State Bar)
☐ 171 Out-of-State Deposition for Foreign Jurisdiction
☐ 172 Secure Attendance of Prisoner
☐ 173 Assurance of Discontinuance
☐ 174 In-State Deposition for Foreign Jurisdiction
☐ 176 Eminent Domain– Light Rail Only
☐ 177 Interpleader– Automobile Only
☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐ 183 Employment Dispute- Discrimination
☐ 185 Employment Dispute-Other
☐ 195(a) Amendment of Marriage License
☐ 195(b) Amendment of Birth Certificate
☐ 163 Other _____
         (Specify)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

☒ Antitrust/Trade Regulation
☐ Construction Defect with many parties or structures
☐ Mass Tort
☐ Securities Litigation with many parties
☐ Environmental Toxic Tort with many parties
☐ Class Action Claims
☐ Insurance Coverage Claims arising from the above-listed case types
☐ A Complex Case as defined by Rule 8(h) ARCP

**Additional Plaintiff(s)**

_____
_____

**Additional Defendant(s)**

_____
_____

In the Superior Court of the State of Arizona
In and For the County of _____

Case Number **CV202000500**

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Is Interpreter Needed? ☐ Yes ☒ No
If yes, what language: _____

2020 OCT -7 AM 10: 54

Plaintiff's Attorney _____

Attorney Bar Number _____

Plaintiff's Name(s): (List all)   Plaintiff's Address:   Phone #:   Email Address:
Pete Taylor    500 S Carmichael Ave    520-255-7164    PETECLARE17@a

(List additional plaintiffs on page two and/or attach a separate sheet).
Defendant's Name(s): (List All)   IC System, inc, Experian

(List additional defendants on page two and/or attach a separate sheet)
EMERGENCY ORDER SOUGHT:   ☐ Temporary Restraining Order   ☐ Provisional Remedy   ☐ OSC
☐ Election Challenge   ☐ Employer Sanction   ☒ Other Punitive Damages
(Specify)

☒ RULE 8(h) COMPLEX LITIGATION APPLIES. Rule 8(h) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties.

(Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category.)

☐ THIS CASE IS ELIGIBLE FOR THE COMMERCIAL COURT UNDER EXPERIMENTAL RULE 8.1. (Cochise County only.) Rule 8.1 defines a commercial case and establishes eligibility criteria for the commercial court. Generally, a commercial case primarily involves issues arising from a business contract or business transaction. However, consumer transactions are not eligible. A consumer transaction is one that is primarily for personal, family or household purposes. You must check this box if this is an eligible commercial case. **In addition, mark the appropriate box below in the "Nature of Action" case category**. The words "commercial court assignment requested" must appear in the caption of the original complaint.

## NATURE OF ACTION

(Place an "X" next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**

☐ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death

**110 TORT NON-MOTOR VEHICLE:**

☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☒ 113 Intentional Tort

☐ 114 Property Damage
☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☐ 117 Premises Liability
☒ 118 Slander/Libel/Defamation
☐ 116 Other (Specify) _____

**120 MEDICAL MALPRACTICE:**

☐ 121 Physician M.D.   ☐ 123 Hospital
☐ 122 Physician D.O    ☐ 124 Other

Revised 08/14/2017                                Page 1 of 2

Case No._____

## 130 CONTRACTS:

☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff
☐ 139 Fraud
☐ 134 Other Contract (i.e. Breach of Contract)
☐ 135 Excess Proceeds-Sale
☐ Construction Defects (Residential/Commercial)
 ☐ 136 Six to Nineteen Structures
 ☐ 137 Twenty or More Structures

## 150-199 OTHER CIVIL CASE TYPES:

☐ 156 Eminent Domain/Condemnation
☐ 151 Eviction Actions (Forcible and Special Detainers)
☐ 152 Change of Name
☐ 153 Transcript of Judgment
☐ 154 Foreign Judgment
☐ 158 Quiet Title
☐ 160 Forfeiture
☐ 175 Election Challenge
☐ 179 NCC-Employer Sanction Action
 (A.R.S. §23-212)
☐ 180 Injunction against Workplace Harassment
☐ 181 Injunction against Harassment
☐ 182 Civil Penalty
☐ 186 Water Rights (Not General Stream Adjudication)
☐ 187 Real Property
☐ Special Action against Lower Courts
 (See lower court appeal cover sheet in Cochise)

☐ 194 Immigration Enforcement Challenge
 (§§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

☐ Administrative Review
 (See lower court appeal cover sheet in Cochise)
☐ 150 Tax Appeal
 (All other tax matters must be filed in the AZ Tax Court)
☐ 155 Declaratory Judgment
☐ 157 Habeas Corpus
☐ 184 Landlord Tenant Dispute- Other
☐ 190 Declaration of Factual Innocence
 (A.R.S. §12-771)
☐ 191 Declaration of Factual Improper Party Status
☐ 193 Vulnerable Adult (A.R.S. §46-451)
☐ 165 Tribal Judgment
☐ 167 Structured Settlement (A.R.S. §12-2901)
☐ 169 Attorney Conservatorships (State Bar)
☐ 170 Unauthorized Practice of Law (State Bar)
☐ 171 Out-of-State Deposition for Foreign Jurisdiction
☐ 172 Secure Attendance of Prisoner
☐ 173 Assurance of Discontinuance
☐ 174 In-State Deposition for Foreign Jurisdiction
☐ 176 Eminent Domain– Light Rail Only
☐ 177 Interpleader– Automobile Only
☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐ 183 Employment Dispute- Discrimination
☐ 185 Employment Dispute-Other
☐ 195(a) Amendment of Marriage License
☐ 195(b) Amendment of Birth Certificate
☐ 163 Other _____
 (Specify)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

☒ Antitrust/Trade Regulation
☐ Construction Defect with many parties or structures
☐ Mass Tort
☐ Securities Litigation with many parties
☐ Environmental Toxic Tort with many parties
☐ Class Action Claims
☐ Insurance Coverage Claims arising from the above-listed case types
☐ A Complex Case as defined by Rule 8(h) ARCP

**Additional Plaintiff(s)**

_____
_____

**Additional Defendant(s)**

_____
_____

Revised 08/14/2017                                     Page 2 of 2

Person Filing: Pete Taylor
Address (if not protected): 500 S Carmichael Ave
City, State, Zip Code: Sierra Vista AZ, 85635
Telephone: 520-255-7164
Email Address: PETECLARE17@GMAIL.Com
Lawyer's Bar Number: _____
Representing ☑ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

FOR CLERK'S USE ONLY

[Filed stamp: OCT -7 AM 10: 55]

# SUPERIOR COURT OF ARIZONA
# IN COCHISE COUNTY

Pete Taylor
_____
PLAINTIFF,

VS.

IC System, inc
Experian
_____
DEFENDANT.

Case Number: **CV202000500**

**CERTIFICATE OF COMPULSORY ARBITRATION**

The undersigned certifies that the largest award sought by the complainant, including punitive damages, but excluding interest, attorneys' fees, and costs **does** / does not exceed limits set by Local Rule for compulsory arbitration. This case **is** / is not subject to compulsory arbitration as provided in Rules 72 through 77 of the Rules of Civil Procedure.

SUBMITTED this October 7 day of October, 20 20.

BY Pete Taylor

Revised 08/14/2017                                             Page 1 of 1

**Person Filing:** _____
**Address (if not protected):** _____
**City, State, Zip Code:** _____
**Telephone:** _____
**Email Address:** _____
**Lawyer's Bar Number:** _____
**Licensed Fiduciary Number:** _____

Representing ☐ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner   OR   ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN COCHISE COUNTY

_____     **Case No:** _____
(Name of Petitioner/Plaintiff)

_____     **ACCEPTANCE OF SERVICE**
(Name of Respondent/Defendant)         A.R.C.P. Rule 4 (f)

---

**Read Carefully.** By signing your name on the next page in the presence of a Notary Public or a Clerk of the Superior Court, you are stating under oath or affirmation that you have read this document and understand its contents and that you have received and accepted the documents listed.
Accepting these papers does not affect your right to disagree with them.

---

1. **ACCEPT AND WAIVE FORMAL SERVICE.** I waive formal service of process (service by a process server or sheriff), and understand by accepting these papers, it is the same as if I were personally served under Arizona Law Rule 4 (f), Arizona Rules of Civil Procedure].

2. **RESPONSE DEADLINE.** I understand that accepting service of these court papers does not affect my right to file a written Response or Answer to this action if I disagree. I understand that if I do not agree with any relief asked for in the Petition, I must Respond or Answer within **20** days from the day I signed the original of this Acceptance of Service if I accepted service in Arizona or within **30** days if I received the papers somewhere other than Arizona.

3. **DEFAULT JUDGMENT, ORDER OR DECREE.** I understand that if I do not appear and defend in this action in court, within the time allowed by law, that I may lose my right to be heard in this case. I understand that failure to Respond or Answer could result in the court giving the other party any and all things requested in his or her legal papers, through a Default Judgment, Order or Decree.

---

**On the following page, describe the type of case the documents you have received relate to and list *each* individual document received.**

---

Case Number: _____

**4. Type of Case:** (Title from case caption or describe) _____

**I have received and voluntarily accept service of the legal documents listed below:**
(List name/title of document. Example: "Petition", "Summons".)

_____   _____   _____

_____   _____   _____

_____   _____   _____

## UNDER OATH OR BY AFFIRMATION

**I swear or affirm under penalty of perjury that the contents of this document are true and correct to the best of my knowledge and belief.**

_____                              _____
Signature                                           Date

_____
Printed Name

STATE OF _____

COUNTY OF _____

Subscribed and sworn to or affirmed before me this: _____ by
                                                    (date)

_____.

(notary seal)                    _____
                                 Deputy Clerk or Notary Public

CERTIFIED MAIL

7020 0090 0000 8753 7204

TO:
IC SYSTEM, INC
444 HIGHWAY 96 E
SAINTH PAUL
MINNESOTA
55127

FROM:
PETE TAYLOR
500 S Carmichael AVE
Sierra Vista
ARIZONA
85635

RETURN RECEIPT REQUESTED

# CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2020, I transmitted the foregoing document to the Plaintiff, pro se, in this matter via United States Mail as follows:

Pete Taylor
500 S. Carmichael Avenue
Sierra Vista, AZ  85635

*s/L.Handy*