IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Pete Taylor,

    Plaintiff,

vs.

IC System Incorporated, et al.,

    Defendants.

No. CIV 20-494-TUC-CKJ

**ORDER**

On January 8, 2021, this Court issued an Order which directed, *inter alia*:

> [C]ounsel shall file with the Court, on or before **February 16, 2021**, a Joint Report reflecting the results of their meeting and outlining the discovery plan.  It is the responsibility of counsel for Plaintiff to initiate the communication necessary to prepare the Joint Report, prepare the Joint Report, and file the Joint Report.  Willful failure to comply may result in the imposition of sanctions.

January 8, 2021, Order, (Doc. 10, p. 2).  A Joint Report has not been filed.

    The Court finds it appropriate to consider whether sanctions should be imposed. Such possible sanctions include vacating the February 23, 2021, Rule 16 Conference, dismissal of this action, *see* Rule 41(b), Fed.R.Civ.P.; *see also Hells Canyon Preservation Council v. United States Forest Service*, 403 F.3d 683 (9th Cir. 2005) (court may dismiss under Rule 41(b) sua sponte); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992), as amended (May 22, 1992) (dismissal for failure to comply with court order), and/or direct sanctions against Plaintiff or his attorney.

    Accordingly, IT IS ORDERED counsel for Plaintiff shall show cause why sanctions should not be imposed for failure to comply with the Court's Order and failing to timely

prosecute this case by filing a writing with the Court on or before 12:00 p.m. on Friday, February 19, 2021.

DATED this 17th day of February, 2021.

_____
Cindy K. Jorgenson
United States District Judge