Jennifer Ann Filipiak (Ill. Bar No. 6315340)
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
(630)575-8180 (phone)
(630)575-8188 (fax)
Email: jmclaughlin@sulaimanlaw.com
*Attorney for the Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Pete C. Taylor,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IC System, Inc.,<br><br>　　　　　Defendant. | Case No.  4:20-cv-00494-CKJ<br><br>**MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |

**NOW COMES** Pete C. Taylor ("Plaintiff"), by and through his undersigned counsel, moving this Honorable Court to extend the time for Plaintiff to file his response to Defendant IC System, Inc.'s ("Defendant") Motion to Dismiss, and in support thereof, stating as follows:

　　1.  On June 4, 2021, Plaintiff filed an Amended Complaint against Defendant seeking redress for violations of the Fair Debt Collection Practices Act ("FDCPA"). [Dkt. 22]

　　2.  On June 21, 2021, Defendant filed a Motion to Dismiss Plaintiff's claims in their entirety ("Defendant's Motion"). [Dkt. 23]

　　3.  Pursuant to Local Rule 7.2(c), Plaintiff's deadline to submit his response to Defendant's Motion is July 6, 2021.

　　4.  Due to other professional deadlines, and despite the undersigned's best efforts, Plaintiff will not be able to submit his response to Defendant's Motion by the current deadline of July 6, 2021.

5. Accordingly, Plaintiff is seeking a 21-day extension, through July 27, 2021, to submit his response to Defendant's Motion.

6. Counsel for Plaintiff conferred with Defendants' counsel about the relief sought herein, and Defendant agreed to a 7-day extension.

7. The extension of time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an order (1) extending the deadline for Plaintiff to submit his response to Defendant's Motion through July 27, 2021 and (2) extending Defendant's deadline to submit its reply through August 3, 2021, and for any other relief this Court deems appropriate.

Respectfully submitted,

/s/ *Jennifer Ann Filipiak*
Jennifer Ann Filipiak
(Ill. Bar No. 6315340)
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
(630)575-8180 (phone)
(630)575-8188 (fax)
Email: jmclaughlin@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I, Jennifer Ann Filipiak, certify that on July 6, 2021, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

/s/ *Jennifer Ann Filipiak*