Leon Silver (SBN 12884)
Sean P. Flynn (NV SBN 15408)
Gordon Rees Scully Mansukhani LLP
One Renaissance Square
Two North Central Avenue
Suite 2200
Phoenix AZ, 85004
(702) 577-9317
sflynn@grsm.com
*Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pete Taylor,<br><br>                Plaintiff,<br><br>vs.<br><br>IC System, Inc.; Experian,<br><br>                Defendants. | CASE NO. 4:20-cv-00494-CKJ<br><br>**JOINT MOTION TO STAY DISCOVERY PENDING OUTCOME OF MOTION TO DISMISS** |

Defendant IC System, Inc. ("Defendant") and Plaintiff Pete Taylor ("Plaintiff") (collectively, the "Parties") hereby jointly move for an order staying discovery until the Court is able to rule on Defendant's pending motion to dismiss. [Doc. 23].

## **BACKGROUND**

This case remains in the early stages of litigation. The parties have exchanged written discovery and have worked diligently to move this case along. There is an outstanding motion to dismiss Plaintiff's entire complaint [Doc. 23], which has been fully briefed and is ready for the Court's decision. [*See* Docs. 27 & 29]. In conferral about discovery and other case issues, the Parties have agreed on August 10, 2021 to jointly seek a stay of discovery until the resolution of the contested issues in the Motion to Dismiss. Discovery disputes have arisen and instead of litigating the discovery disputes, which would become moot if the Court grants the pending Motion to Dismiss, the parties believe that considerable judicial resources can be preserved if discovery is stayed until the Court rules on the pending Motion to Dismiss.

# ARGUMENT

The Court is vested with wide discretion concerning discovery including for the preservation of the Court's and the Parties' time and resources. A stay of discovery at this stage of the case, pending the outcome of a potentially case-dispositive motion, would benefit the Parties by preserving resources which would otherwise have to be spent on conducting depositions and litigating discovery disputes that may prove to be superfluous in the event the court grants the motion, or in the event of settlement, for instance, in the event the Court denies the motion. Accordingly, in order to preserve the resources and time of the Parties and the Court and to seek the most efficient process for the case, the Parties ask that the court grant a stay of discovery until it is able to render a decision on the Motion to dismiss.

**WHEREFORE**, the Parties respectfully ask that this court enter an order staying discovery pending the outcome of the Motion to Dismiss at [Doc. 23].

*/s/ Sean P. Flynn*

**Dated:** August 13, 2021

Leon Silver (SBN 12884)
Sean P. Flynn (NV SBN 15408)
**Gordon Rees Scully Mansukhani LLP**
Two North Central Avenue, Suite 2200
Phoenix AZ, 85004
(702) 577-9317
sflynn@grsm.com
*Counsel for Defendant*

By: */s/ Jennifer A. Filipiak*

**Dated:** August 13, 2021

Jennifer A. Filipiak
**Sulaiman Law Group, Ltd.**
2500 S. Highland Ave., Ste. 200
Lombard, IL 60137
Phone (630) 575-818/
Fax: (630)575-8188
jmclaughlin@sulaimanlaw.com
*Counsel for Plaintiff*