**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Pete Taylor,<br><br>     Plaintiff,<br><br>vs.<br><br>IC System, Inc.; Experian,<br><br>     Defendants. | CASE NO.  4:20-cv-00494-CKJ<br><br>ORDER ON JOINT MOTION TO STAY DISCOVERY PENDING OUTCOME OF IC SYSTEM'S MOTION TO DISMISS |

Having read and considered the parties joint motion to stay discovery pending outcome of IC System's motion to dismiss, the Court hereby:

GRANTS the parties joint motion to stay discovery pending the outcome of I.C. System's Motion to dismiss (Doc. 30).

Dated this 20th day of August, 2021.

_____
Honorable Cindy K. Jorgenson
United States District Judge