Jennifer Ann Filipiak (Ill. Bar No. 6315340)
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 575-8180 (phone)
(630) 575-8188 (fax)
Email: jmclaughlin@sulaimanlaw.com
*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Pete C. Taylor,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IC System, Inc.,<br><br>　　　　Defendant. | Case No.  4:20-cv-00494-CKJ<br><br>**JOINT SETTLEMENT STATUS REPORT** |

Pursuant to the Court's Scheduling Order [Dkt. 18], the Parties submit the following Joint Settlement Status Report.

1. Status of Settlement: Defendant has denied liability and has filed a Motion to Dismiss Plaintiff's claims. The Motion to Dismiss is fully briefed and awaiting ruling.

2. Discovery is stayed pending the Court's ruling on the Motion to Dismiss.

Dated: January 28, 2022                                    Respectfully submitted,

| | |
|---|---|
| */s/ Jennifer Ann Filipiak*<br>Jennifer Ann Filipiak (Ill. Bar No. 6315340)<br>**SULAIMAN LAW GROUP, LTD.**<br>2500 South Highland Avenue<br>Suite 200<br>Lombard, Illinois 60148<br>(630) 575-8180 (phone)<br>(630) 575-8188 (fax)<br>Email: jmclaughlin@sulaimanlaw.com<br>*Counsel for Plaintiff* | /s/ *Sean P. Flynn*<br>Leon Silver (SBN 12884)<br>Sean P. Flynn (NV SBN 15408)<br>Gordon Rees Scully Mansukhani LLP<br>One Renaissance Square<br>Two North Central Avenue<br>Suite 2200<br>Phoenix AZ, 85004<br>(702) 577-9317<br>sflynn@grsm.com<br>*Counsel for Defendant* |