Leon Silver (SBN: 012884)
*lsilver@grsm.com*
Tony Salvatore (SBN: 033783)
*tsalvatore@grsm.com*
Sean P. Flynn (NV SBN: 15408)
*sflynn@grsm.com*
**GORDON REES SCULLY MANSUKHANI, LLP**
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004
Telephone: (602) 794-2490

*Attorneys for Defendant*
IC System, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pete Taylor, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>IC System, Inc., a Minnesota corporation,<br><br>Defendant. | Case No.: 4:20-cv-00494-CKJ<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Defendant, IC System, Inc. ("ICS"), by and through its counsel of record, hereby submit this Unopposed Motion for an Extension of Time to Respond to the Second Amended Complaint [Dkt. # 35].

On March 11, 2022, the Court entered an Order granting in part and denying in part Defendant's Motion to Dismiss Plaintiff's First Amended Complaint. [Dkt. 34.]

On April 8, 2022, Plaintiff filed his Second Amended Complaint. [Dkt. 35.]

Due to an inadvertent oversight, Defense Counsel did not calendar the filing of the Second Amended Complaint, which would have automatically calendared the responsive pleading deadline.

Defense Counsel has met and conferred with Plaintiff's Counsel regarding the status of Defendant's Responsive Pleading and requested a seven day extension to May

-1-

1  6, 2022 to respond to Plaintiff's Second Amended Complaint.

2  Plaintiff's Counsel has agreed and has no objection to extending Defendant's

3  Responsive Pleading Deadline to May 6, 2022.

4  Therefore, Defendant requests that the court enter an order extending Defendant's

5  Responsive Pleading Deadline to Plaintiff's Second Amended Complaint to May 6,

6  2022.

Dated: April 29, 2022

**GORDON REES SCULLY MANSUKHANI, LLP**

By: *s/Sean P. Flynn*
    Leon Silver
    Tony Salvatore
    Sean P. Flynn
    *Attorneys for Defendant*
    IC System, Inc.

**Gordon Rees Scully Mansukhani, LLP**
Two North Central Avenue Suite 2200
Phoenix, AZ 85004

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pete Taylor, an individual,<br><br>                Plaintiff,<br><br>  vs.<br><br>IC System, Inc., a Minnesota corporation,<br><br>                Defendant. | Case No.: 4:20-cv-00494-CKJ<br><br>**[PROPOSED] ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Having read and considered Defendant's Unopposed Motion for Extension of Time to File a Responsive Pleading to Plaintiff's Second Amended Complaint, and for good cause shown, the court grants Defendant's Request.

Defendant's Responsive Pleading to Plaintiff's Second Amended Complaint is due on or before May 6, 2022.

**IT IS SO ORDERED.**

Date: _____

                                                    Cindy K. Jorgenson
                                                    United States District Judge