IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Pete Taylor, | ) | No. CIV 20-494-TUC-CKJ |
|---|---|---|
| Plaintiff, | ) | **SCHEDULING ORDER** |
| vs. | ) | Discovery: 12/16/22 |
| | ) | Dispositive Motion: 1/31/23 |
| IC System Incorporated, et al., | ) | Pre-Trial Statement/Proposed Order: 2/28/23 |
| Defendants. | ) | |

On February 23, 2021, this Court issued a Scheduling Order. (Doc. 18). However, discovery was stayed pending the outcome of Defendant's Motion to Dismiss. (Doc. 31). The Court issued an Order on October 5, 2022, granting in part and denying in part the Motion to Dismiss and lifting the stay. (Doc. 49). Further, the Court directed the parties to submit a proposed order of modified deadlines if needed. (*Id*.). Defendant has filed an Answer (Doc. 50). However, a proposed order of modified deadlines has not been submitted. The Court finds it appropriate to set modified deadlines as follows:

IT IS ORDERED the following deadlines shall apply in this matter:

1. **Discovery** shall be completed on or before **December 16, 2022**.

2. **Dispositive motions** shall be filed on or before **January 31, 2023.**.

3. A brief **Joint Settlement Status Report** (containing no specific settlement terms or offers) shall be filed on or before **January 3, 2023**, and every **three (3) months** thereafter. Should this action be resolved through settlement, the parties shall advise the Court within ten (10) days of settlement.

4. Counsel shall file a **Joint Proposed Pretrial Order** (Pretrial Statement)

within **thirty (30) days after resolution of the dispositive motions** filed after the end of discovery. If no such motions are filed, a Joint Proposed Pretrial Order will be due on or before **February 28, 2023**.

5. The general provisions of the February 23, 2021, Order shall remain in full force and effect.

DATED this 7th day of November, 2022.

_____
Cindy K. Jorgenson
United States District Judge