**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Pete C. Taylor,<br><br>        Plaintiff,<br><br>  v.<br><br>IC System, Inc.,<br><br>        Defendant. | Case No.  4:20-cv-00494-CKJ<br><br>**ORDER ON JOINT MOTION TO EXTEND DISCOERY DEADLINE** |

This cause coming before the Court on the Parties' Joint Motion to Extend the Discovery Deadline; the Court being fully advised in the premises and having jurisdiction over the subject matter, **IT IS HEREBY ORDERED**:

1. The Motion (Doc. 52) is granted.

2. The discovery deadline is extended through January 30, 2023.

Dated this 20th day of December, 2022.

_____
Honorable Cindy K. Jorgenson
United States District Judge

1