IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Pete Taylor,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>IC System Incorporated, et al.,<br><br>　　　　Defendants. | No. CIV 20-494-TUC-CKJ<br><br>**ORDER** |

The parties have submitted a Joint Settlement Status Report ("Report") (Doc. 54). Defendant states it would be open to a Zoom settlement conference with a magistrate judge to try to move settlement discussions forward. Plaintiff's position as to a such a conference is not included in the Report. The Court finds it appropriate to refer this matter to a magistrate judge for a Zoom (or similar electronic method) settlement conference.

Accordingly, IT IS ORDERED:

1. This matter is referred by direct assignment to Magistrate Judge Bruce G. Macdonald for settlement conference via Zoom or similar electronic method. The parties shall contact Judge Macdonald's chambers (520.205.4520) for the scheduling of a settlement conference.

2. The parties shall notify the Court in writing within ten (10) ten days of the completion of settlement proceedings.

DATED this 31st day of January, 2023.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Cindy K. Jorgenson
　　　　　　　　　　　　　　　　United States District Judge