1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

Pete Taylor,

No. CV-20-00494-TUC-CKJ

9
10

Plaintiff,

11

v.

**ORDER**
**RE:  SETTLEMENT CONFERENCE**
**SET FOR MONDAY, MARCH 6, 2023,**
**AT 9:30 A.M.**

12

IC System Incorporated,

13
14

Defendant

15
16

        IT IS HEREBY ORDERED setting a settlement conference, at **9:30 a.m.** on

17

**Monday, March 6, 2023,** *via Zoom* (link to follow under separate email), before the

18

Honorable Bruce G. Macdonald, Courtroom 3C, Evo A. DeConcini U.S. Courthouse, 405

19

West Congress Street, Tucson, Arizona.

20

        Dated this 6th day of February, 2023.

21
22
23

_____
Honorable Bruce G. Macdonald
United States Magistrate Judge

24
25
26
27
28