**MAGISTRATE JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**
**CIVIL MINUTES - GENERAL**

**Date:** March 6, 2023

**Civil Case Number:** CV-20-00494-CKJ

**Title:** *Pete Taylor v. IC System Inc.*

---

Present:                              Hon. Bruce G. Macdonald

Magistrate Courtroom Clerk:   N/A          Court Reporter:   N/A
Attorneys for Plaintiffs:    Mohammed Omar Badwan, Esq.
Attorneys for Defendants:  Sean Patrick Flynn, Esq.

---

**PROCEEDINGS:**        ___ Open Court    ___ Chambers    X Other (Zoom)

**SETTLEMENT CONFERENCE**

The parties participated in a settlement conference with Magistrate Judge Bruce G. Macdonald, on **Monday, March 6, 2023**, via Zoom. The parties have reached a settlement and will be submitting the closing documents.

**SETTLEMENT CONFERENCE (5 hrs. 15 min.)**
**Hearing Start Time:**     9:30 a.m.
**Hearing End Time:**       4:15 p.m.